UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>AUTO SERVICES COMPANY, INC., )<br><br>Defendant. ) | CIVIL ACTION<br>NO. 04-11992-NG |

**CROSS COUNTRY MOTOR CLUB, INC.'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATE**

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

Cross Country Motor Club, Inc.
by its attorneys,

_____
Victor H. Polk, Jr., BBO # 546099
William F. Benson, BBO # 646808
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: October 30, 2004

Cross Country Motor Club, Inc.
by,

_____
Margaret G. Ward, Chief Financial Officer
Cross Country Motor Club, Inc.
4040 Mystic Valley Parkway
Boston, MA 02155
(781) 393-9300