UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR ) <br> CLUB, INC., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUTO SERVICES CO., INC., ) <br> ) <br>     Defendant. ) | CIVIL ACTION <br> NO. 04-11992 NG |

## **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

A.     Fact Discovery:

    1.     All written discovery requests shall be served no later **December 15, 2004**.

    2.     All fact discovery shall be completed by **March 1, 2005**.

B.     Amendments to Pleadings: Any amendments to the pleadings shall be filed by **January 31, 2005**.

C.     Mediation: The court will refer this case to mediation, to be scheduled as soon as possible. Notice shall be sent to the parties.

D.     A status conference is scheduled for **Thursday, February 17, 2005** at 10:00 A.M. At that time the parties shall be prepared to discuss:

        1.    the status of the case;
        2.    scheduling for the remainder of the case through trial;
        3.    consent to trial before the magistrate judge.

E.    The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph D above. With respect to item D(3), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                                       / s / Judith Gail Dein
                                                       Judith Gail Dein
DATED: November 15, 2004                United States Magistrate Judge