UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Cross Country Motor Club, Inc._
Plaintiff(s)

V.

_Auto Services Company, Inc._
Defendant(s)

CIVIL ACTION

NO. _04-11992-NG_

### REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE _Gertner_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On _December 9, 2004_ I held the following ADR proceeding:

___ SCREENING CONFERENCE
_X_ MEDIATION (followup telephone conference)
___ MINI-TRIAL
___ EARLY NEUTRAL EVALUATION
___ SUMMARY BENCH / JURY TRIAL
___ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel ~~[except~~ _____]
[✓] The parties were present in person or by authorized corporate officer

The case was:

[ ] Settled. A __ day order of dismissal has been entered by the court.
[ ] There was progress.
[✓] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
[ ] Suggested strategy to facilitate settlement:

_December 9, 2004_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge