UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB, INC., <br>     Plaintiff, <br><br> v. <br><br> AUTO SERVICES COMPANY, INC, <br>     Defendant. | ) <br> ) <br> )    CIVIL ACTION <br> )    NO. 04-11992-NG <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of David C. Aisenberg and Looney, Cohen, Reagan & Aisenberg LLP as counsel for the plaintiff Cross Country Motor Club, Inc. in the above-captioned action.

CROSS COUNTRY MOTOR CLUB, INC.,

By its Attorneys,

/s/ David Aisenberg

Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg, BBO # 545895
109 State Street
Boston, MA 02109
(617) 371-1050

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 4/6/05