UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB, INC.  )<br>  )<br>                        Plaintiff,  )<br>  )<br>                      v.  )<br>  )<br>AUTO SERVICES COMPANY, INC.  )<br>  )<br>                      Defendant.  )<br>  ) | CIVIL ACTION<br>NO. 04-11992-NG |

**ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.5.2(c), Victor H. Polk, Jr., William F. Benson, and Bingham McCutchen LLP (collectively, "Bingham") hereby seek leave from the Court to withdraw as counsel to plaintiff, Cross Country Motor Club, Inc. ("Cross Country"). As grounds for this motion, Bingham states as follows:

1. On or about April 6, 2005, David Aisenberg and Looney, Cohen, Reagan & Aisenberg entered their appearance as counsel for Cross Country.

2. There are no pending motions before the Court.

3. No trial date has been set in this matter.

4. There is a status conference scheduled for April 26, 2005, which Mr. Aisenberg will attend on behalf of Cross Country.

5. Counsel for Defendant has assented to this motion.

WHEREFORE, Bingham requests that the Court grant it leave to withdraw as counsel for Cross Country.

LITDOCS/596237.1

-2-

                      Respectfully submitted

                        /s/  William F. Benson
                    Victor H. Polk, Jr. (BBO # 546099)
                    William F. Benson (BBO # 646808)
                    BINGHAM MCCUTCHEN LLP
                    150 Federal Street
                    Boston, MA  02110
                    (617) 951-8000

Dated:  April 11, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic mail and first-class mail on April 11, 2005.


                        /s/ William F. Benson
                    William F. Benson