# Exhibit 2

Case 1:04-cv-11992-NG    Document 17-3    Filed 04/21/2005    Page 1 of 15

MAR - 8 2005

IN THE CIRCUIT COURT OF BAXTER COUNTY
CIVIL DIVISION
MOUNTAIN HOME, ARKANSAS

AUTO SERVICES COMPANY, INC.                                          PLAINTIFF

vs                                                      No: CV-2005-84-3

SPRINT INTERNATIONAL COMMUNICATIONS
CORPORATION                                                          DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Auto Services Company, Inc., by and through its attorney, Mark D. Carney, and for its Complaint, to the Court states:

1. Auto Services Company, Inc. is a corporation duly authorized, registered and organized under the laws of the State of Arkansas and is also in good standing, with its corporate offices located at 971 Coley Drive, Mountain Home, Arkansas.

2. Sprint International Communications Corporation is a corporation organized under the laws of Virginia, with its registered agent listed with the Arkansas Secretary of State's Office as Prentice-Hall Corp. Systems, 120 East Fourth Street, Little Rock, Arkansas.

3. That this Court has jurisdiction over this matter and is the proper venue.

4. Auto Services Company, Inc. has been the owner of a certain toll-free telephone number, 888-567-6001, referred to hereinafter as "the number", for over ten years.

5. The Defendant, Sprint International Communications Corporation, without justification or proper explanation has appropriated the number owned by the Plaintiff and transferred its use to a third party without the Plaintiff's consent or permission.

6. The Plaintiff has no contractual or business relationship with the Defendant, nor has the Defendant been authorized, delegated or given the authority to manipulate the number in any way.

7. That as a result of the loss of the number, Plaintiff's emergency road-side assistance portion of its business has been interrupted, discontinued and jeopardized.

8. That emergency road-side service is an integral part of Plaintiff's business, and, as a result of the Defendant's action, the Plaintiff is suffering and will continue to suffer immediate and irreparable harm.

9. That Plaintiff is also suffering and will continue to suffer economic damages for as long as the Defendant continues its action, in an exact monetary amount to be proven at trial.

WHEREFORE, Plaintiff prays due to the immediate and irreparable harm, it be granted an immediate injunction against the Defendant for appropriation of the number and for all monetary damages to be proven at trial, for attorney's fees, costs, and for all other fair and equitable relief to which it may be entitled.

AUTO SERVICES COMPANY, INC.

BY: *[signature]*
Mark D. Carney
CARNEY LAW FIRM, P.A.
511 Main Street
Mountain Home, AR  72653
(870)425-6354
AR BAR NO: 92016

## VERIFICATION

Comes now the Plaintiff, Brad Hasselwander, CEO of Auto Services Company, Inc., and states that the facts and figures made and set out above are true and correct to the best of his knowledge and belief.

_____
Brad Hasselwander

Subscribed and sworn before me this 7th day of March, 2005.

My Commission Expires:
10-16-12

_____
Notary Public

IN THE CIRCUIT COURT OF BAXTER COUNTY
CIVIL DIVISION
MOUNTAIN HOME, ARKANSAS

PLAINTIFF:   AUTO SERVICES COMPANY, INC.

VS.                                          CASE NO. CIV-2005- 84-3

DEFENDANT:   SPRINT INTERNATIONAL COMMUNICATIONS
             CORPORATION

PLAINTIFF'S ATTORNEY:   MARK D. CARNEY, CARNEY LAW FIRM, P.A.

ADDRESS:        511 Main Street, Mountain Home, AR 72653

TO DEFENDANT:   Sprint International Communications Corporation
                c/o Prentice-Hall Corp. Systems
                Registered Agent
                120 East Fourth Street
                Little Rock, AR 72201

### NOTICE

1.   You are hereby notified that a lawsuit has been filed against you, the relief asked is stated in the attached complaint.

2.   The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

   A.   It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

   B.   It must be filed in the Court Clerk's Office within 30 days from the day you were served with this summons.

3.   If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for within the time allowed.

4.   Additional notices:

   _____ Standing Restraining Order

   _____ Other (list)

   WITNESS my hand and the seal of the Court this __8th__ day of March, 2005

                                            BAXTER COUNTY CLERK

BAXTER COUNTY CLERK
BAXTER COUNTY COURTHOUSE                    _____
MOUNTAIN HOME, AR 72653                        BY: Deputy Clerk

——Multiple claims. If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.

## COVER SHEET
## STATE OF ARKANSAS
## CIRCUIT COURT: CIVIL

139882

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

### FILING INFORMATION

County: Baxter    District: _____    Docket Number: CV 2005-84-3

Judge: Putman    Division: _____    Filing Date: 3-8-2005

Plaintiff: Auto Services Company, Inc    Defendant: Sprint International Communications Corporation

Attorney Providing Information: Mark D. Carney
☒ Plaintiff   ☐ Defendant   ☐ Intervenor
Address: 511 Main St., Mtn Home, NE 72653

Litigant, if Pro Se: _____

Related Case(s): Judge _____    Address _____ Case Number(s) _____

### Type of Case:

**Torts**
- ☐ (NM) Negligence: Motor Vehicle
- ☐ (NO) Negligence: Other
- ☐ (BF) Bad Faith
- ☐ (FR) Fraud
- ☐ (MP) Malpractice
- ☐ (PL) Product Liability
- ☐ (OD) Other _____

**Contracts**
- ☐ (IS) Insurance
- ☐ (DO) Debt: Open Account
- ☐ (PN) Debt: Promissory Note
- ☐ (EM) Employment
- ☐ (OC) Other _____

**Equity**
- ☐ (FC) Foreclosure
- ☐ (QT) Quiet Title
- ☒ (IJ) Injunction
- ☐ (PT) Partition
- ☐ (OT) Other _____

**Miscellaneous**
- ☐ (CD) Condemnation
- ☐ (RE) Replevin
- ☐ (DJ) Declaratory Judgment
- ☐ (UD) Unlawful Detainer
- ☐ (IN) Incorporation
- ☐ (EL) Election
- ☐ (FJ) Foreign Judgment
- ☐ (WT) Writs _____
- ☐ (AA) Administrative Appeal
- ☐ (CF) Property Forfeiture
- ☐ (RD) Remove Disabilities
- ☐ (NC) Name Change
- ☐ (OM) Other _____

Jury Trial Requested: ☐ Yes ☒ No

Manner of Filing: ☒ Original ☐ Re-open ☐ Transfer
☐ Return from Federal/Bankruptcy Court

### DISPOSITION INFORMATION

Disposition Date: _____    ☐ Bench Trial    ☐ Non-Trial    ☐ Jury Trial

**Judgment Type:**
- ☐ (DJ) Default Judgment
- ☐ (SJ) Summary Judgment
- ☐ (CJ) Consent Judgment
- ☐ (TJ) Trial Judgment
- ☐ (OJ) Other Judgment
- ☐ (PG) Petition Granted
- ☐ (PD) Petition Denied
- ☐ (DF) Decree of Foreclosure

**Dismissal Type:**
- ☐ (DW) Dismissed with Prejudice
- ☐ (DN) Dismissed without Prejudice

**Other:**
- ☐ (TR) Transferred to Another Jurisdiction
- ☐ (RB) Removed to Bankruptcy Court
- ☐ (RF) Removed to Federal Court
- ☐ (AR) Arbitration

**Judgment For:**
☐ Plaintiff   ☐ Defendant   ☐ Both   Judgment Amount: $ _____

Clerk's Signature _____    Date _____

AOC 23 10-01
625 Marshall Street
Little Rock, AR 72201

Send 1 paper or electronic copy to AOC upon filing.
Send 1 paper or electronic copy to AOC upon disposition.
Keep original in court file.

Effective 1-1-2002

IN THE CIRCUIT COURT OF BAXTER COUNTY, ARKANSAS
CIVIL DIVISION

AUTO SERVICES COMPANY, INC.                          PLAINTIFF

VS.                                                  NO. CV-2005-84-3



MAR 29 2005

SPRINT INTERNATIONAL
COMMUNICATIONS CORPORATION                           DEFENDANT

### AMENDED COMPLAINT AND
### PETITION FOR EX PARTE RESTRAINING ORDER

Comes now the Plaintiff, Auto Services Company, Inc., by and through its attorneys, Mark D. Carney and Ted H. Sanders, and for its amended complaint, to the Court states:

1. The Plaintiff reaffirms all of the allegations contained in its original complaint filed on March 8, 2005.

2. That each time Plaintiff retrieves its toll-free telephone number, 888-567-6001, for Plaintiff's emergency road-side assistance portion of its business, the number is subsequently transferred by the Defendant to a third party without the Plaintiff's consent or permission.

3. That as a result of the reconnection and disconnection of Plaintiff's toll-free number, it is suffering immediate and irreparable harm, since its customers are unable to contact Plaintiff for assistance.

4. That the Defendant should be restrained from disconnecting the Plaintiff's toll-free number once it has retrieved said number and is using said number.

WHEREFORE, Plaintiff prays that due to the immediate and irreparable harm caused by the Defendant transferring Plaintiff's toll-free number, that it be granted an Ex Parte Restraining Order prohibiting the Defendant from transferring Plaintiff's toll-free number, 888-

567-6001, to a third party without Plaintiff's consent or permission and that it be granted a permanent injunction; and for all monetary damages to be proven at trial; for attorney's fees, costs and for all other fair and equitable relief to which it may be entitled.

            AUTO SERVICES COMPANY, INC.

BY: Mark D. Carney
   Carney Law Firm
   511 Main Street
   Mountain Home, AR 72653
   (870) 425-6354
   AR Bar No. 92016

AND

Ted H. Sanders
Johnson, Sanders & Morgan
P. O. Box 2308
Mountain Home, AR 72654
(870) 425-2126
AR Bar No. 69071

STATE OF ARKANSAS)
       ) SS:
COUNTY OF BAXTER )

Comes now the Plaintiff, Brad Hasselwander, CEO of Auto Services Company, Inc., and states that the facts contained in the foregoing petition are true and correct to the best of his knowledge, information and belief.

            Brad Hasselwander

Subscribed and sworn to before me this ___ day of March, 2005.

            Notary Public

IN THE CIRCUIT COURT OF BAXTER COUNTY, ARKANSAS
CIVIL DIVISION

AUTO SERVICES COMPANY, INC.                              PLAINTIFF

VS.                              MAR 29 2005              NO. CV-2005-84-3

SPRINT INTERNATIONAL
COMMUNICATIONS CORPORATION                               DEFENDANT



## AFFIDAVIT

On this day before me, the undersigned Notary Public, personally appeared Brad Hasselwander, and after being duly sworn on oath, stated:

"That I am the President and owner of Auto Services Company, Inc.

That Auto Services Company, Inc. has been the owner of a certain toll-free telephone number, 888-567-6001, referred to hereinafter as "the number," for over ten years.

That each time Auto Services Company, Inc. retrieves the number, the Defendant, Sprint International Communications Corporation, transfers it to a third party without the consent or permission of Auto Services Company, Inc.

Auto Services Company, Inc. has no contractual or business relationship with Sprint International Communications Corporation, nor has it been authorized or given authority to manipulate the number in any way. That as a result of the loss of the number, Auto Services Company, Inc.'s emergency road-side assistance portion of its business has been interrupted, discontinued and jeopardized. That emergency road-side service is an integral part of Auto Services Company, Inc.'s business and, as a result of Spring International Communications

Corporation's actions, Auto Services Company, Inc. is suffering and will continue to suffer immediate and irreparable harm and will continue to suffer economic damage for as long as Sprint International Communications Corporation continues its action."

DATED this _____ day of March, 2005.

_____
BRAD HASSELWANDER

Subscribed and sworn to before me this _____ day of March, 2005.

_____
Notary Public

IN THE CIRCUIT COURT OF BAXTER COUNTY, ARKANSAS

PLAINTIFF: AUTO SERVICES COMPANY, INC.

VS.                                                                 CASE NO. CIV-2005-84-3

DEFENDANT: SPRINT INTERNATIONAL COMMUNICATIONS CORPORATION

PLAINTIFF'S ATTORNEY: MARK D. CARNEY, CARNEY LAW FIRM, P.A.
TED H. SANDERS, JOHNSON, SANDERS & MORGAN

ADDRESS: P. O. Box 2308, Mountain Home, AR  72654

THE STATE OF ARKANSAS TO DEFENDANT:  Sprint International Communications Corporation
c/o Prentice-Hall Corp. Systems
Registered Agent
120 East Fourth Street
Little Rock, AR  72201

## NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

   B. It must be filed in the Court Clerk's office within 30 days from the day you were served with this summons.

3. If you desire to be represented by an attorney, you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:

   _____  Standing Restraining Order
   __X__  Other (list) Ex-Parte Restraining Order and Affidavit of Plaintiff

WITNESS my hand and seal of the Court this 29th day of March, 2005.

RHONDA J. PORTER, CLERK

Circuit Court Clerk
Baxter County Courthouse                             BY: _____ D.C
Mountain Home, AR  72653

IN THE CIRCUIT COURT OF BAXTER COUNTY, ARKANSAS
CIVIL DIVISION

AUTO SERVICES COMPANY, INC.                PLAINTIFF

VS.                    MAR 29 2005         NO. CV-2005-84-3

SPRINT INTERNATIONAL
COMMUNICATIONS CORPORATION                 DEFENDANT

## EX PARTE RESTRAINING ORDER

On this ___ day of March, 2005, comes on to be heard the request of the Plaintiff for an Ex Parte Restraining Order, and the Court doth find:

1. That Plaintiff has filed an amended complaint and petition requesting an Ex Parte Restraining Order to prevent the Defendant, Sprint International Communications Corporation, from transferring Plaintiff's toll-free number, 888-567-6001, to a third party without Plaintiff's consent or permission.

2. That the Plaintiff has filed an affidavit supporting the complaint and petition for an Ex Parte Restraining Order.

3. That the Plaintiff will suffer immediate and irreparable harm if this Order is not granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant, Sprint International Communications Corporation, be restrained and enjoined from transferring Plaintiff's toll-free number, 888-567-6001, to a third party without the Plaintiff's consent or permission; that Plaintiff shall post a cash bond or surety bond in the amount of

$ _None_ as security should the Court find the Defendant was wrongfully enjoined or restrained or should Defendant incur or suffer costs and damages.

This matter is further set for hearing before this Court on _07-26-05_, 2005, at 10:00 o'clock a.m. or sooner should Defendant request same.

_____
CIRCUIT JUDGE

IN THE CIRCUIT COURT OF BAXTER COUNTY
CIVIL DIVISION
MOUNTAIN HOME, ARKANSAS

AUTO SERVICES COMPANY, INC.                          PLAINTIFF

VS.                                                  NO. CV-2005-84-3

SPRINT INTERNATIONAL COMMUNICATIONS
CORPORATION                                          DEFENDANT

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS)
COUNTY OF BAXTER)

KNOW ALL MEN BY THESE PRESENTS:

That I, Mark D. Carney, Attorney for the Plaintiff, Auto Services Company, Inc., do hereby state on oath that on the 14th day of March, 2005, I did mail, a letter properly stamped and addressed by United States certified mail, return receipt requested, to Sprint International Communications Corporation, the Defendant. Said letter was addressed to Prentice-Hall Corp. Systems, Registered Agent at 120 E. Fourth Street, Little Rock, AR 72201, and the letter contained a copy of the Complaint and Summons advising the Defendant of the pendency of this action and informing the Defendant that it had thirty (30) days to file an Answer in the Circuit Court of Baxter County, Arkansas.

That said letter and enclosures were received by the Defendant, as evidenced by the return receipt which is attached hereto as Exhibit "A".

DATED this 29th day of March, 2005.

Mark D. Carney
CARNEY LAW FIRM, P.A.
511 Main Street
Mountain Home, AR 72653
AR Bar No.: 92016

FILED
MAR 29 2005

Subscribed and sworn before me this 29th day of March, 2005.

Kathy Hudson
Notary Public

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 7027 0018 0400 7790

LITTLE ROCK, AR 72201

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0253 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KHJFNS |
| Total Postage & Fees | $ 4.65 | 03/14/05 |

Recipient's Name: Prentice Hall Corp. Systems
Street, Apt. No.; or PO Box No.: 120 East Fourth Street
City, State, ZIP+4: Little Rock AR 72201

PS Form 3800, February 2000

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sprint International Comm. Corp
c/o Prentice-Hall Corp. Systems
120 East Fourth Street
Little Rock, AR 72201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Cathy Smith_
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0018 7027 7790

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**EXHIBIT "A"**