UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 04-11992-NG |
| ) | |
| AUTO SERVICES CO., INC., ) | |
| ) | |
| Defendant. ) | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. Fact discovery shall be completed by **September 12, 2005**.

2. The parties shall mutually identify experts by name and topic by **June 15, 2005**.

3. The parties shall make expert disclosures in accordance with Fed. R. Civ. P. 26(a)(2) by **July 15, 2005**.

4. Expert discovery shall be completed by **September 30, 2005**.

5. The next status conference is scheduled for **September 8, 2005** at **2:30 pm**. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) the further use of alternative dispute resolution ("ADR");
    (d) consent to trial by the Magistrate Judge.

6. The parties shall submit a brief statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 5 above. The parties should just indicate if an agreement has been reached to further use of ADR or to have the matter tried by the Magistrate Judge. The respective positions of the parties do not have to be identified.

/ s / Judith Gail Dein
Judith Gail Dein
DATED: April 26, 2005                         United States Magistrate Judge