UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CROSS COUNTRY MOTOR CLUB, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11992-NG |
| | ) | |
| AUTO SERVICES CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall exchange drafts of any motions to compel discovery responses by **September 28, 2005**, and shall consult with each other before filing their motions with the court.

2. The parties shall file with the court any final motions to compel by **October 11, 2005**.

3. At the hearing that the court will schedule to consider argument on any motions to compel, the parties shall be prepared to discuss scheduling for the remainder of the case through trial.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: September 7, 2005