### EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
CROSS COUNTRY MOTOR CLUB, INC.

                Plaintiff,

    - against -

AUTO SERVICES COMPANY, INC.,

                Defendant.
---------------------------------------------------------x

Civil Action
No.: 04-11992-NG

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, discontinued WITH PREJUDICE, without costs or attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 25, 2006
       Boston, Massachusetts

Cross Country Motor Club, Inc.

By its Attorneys,

_____
Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg, BBO #545895
109 State Street
Boston, Massachusetts 02109
(617) 371-1050

Auto Services Company, Inc.

By its Attorneys,

_____
Cohen Lans, LLP
Jason A. Advocate, (*pro hac vice*)
885 Third Avenue
New York, New York 1002
(212) 980-4500

CERTIFICATE OF SERVICE

[illegible handwritten certificate of service]